

**In The
Court of Appeals
Sixth Appellate District of Texas at Texarkana**

_____

No. 06-08-00100-CV
_____


IN THE MATTER OF THE MARRIAGE OF
SARAH CHRISTINA DURAN AND CHRISTOPHER
ISMAEL DURAN AND IN THE INTEREST OF
CHRISTOPHER ISMAEL DURAN, A CHILD

On Appeal from the 202nd Judicial District Court
Bowie County, Texas
Trial Court No. 07D1722-202

Before Morriss, C.J., Carter and Moseley, JJ.
Memorandum Opinion by Justice Moseley

MEMORANDUM OPINION

Sarah Christina Duran, appellant, filed her notice of appeal September 17, 2008. The clerk's record was due to be filed October 16, 2008.

Duran has not filed a docketing statement with this Court, *see* TEX. R. APP. P. 32, nor has she paid a filing fee or made any claim of indigency. There is nothing in the record to indicate Duran has made efforts to have the clerk's record filed or the reporter's record, if any, filed with this Court, and she has not filed a brief. On November 19, 2008, we contacted Duran by letter, giving her an opportunity to cure the various defects, and warning her that, if we did not receive an adequate response within ten days, this appeal would be subject to dismissal for want of prosecution. *See* TEX. R. APP. P. 42.3(b), (c).

We have received no communication from Duran. Pursuant to TEX. R. APP. P. 42.3(b), we dismiss this appeal for want of prosecution.


Bailey C. Moseley
Justice

Date Submitted: December 15, 2008
Date Decided: December 16, 2008